IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Isaac Payne, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | 1:20-cv-05000-JPB-CMS |
| | ) | |
| The Savannah College of Art and Design, Inc. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO TAKE LIMITED EARLY DISCOVERY ON ISSUES OF ARBITRABILITY

COMES NOW Plaintiff Isaac Payne ("Plaintiff") and, pursuant to Fed. R. Civ. P. 26(d)(1), moves to take limited early discovery in issues of arbitrability.  As shown in the accompanying Memorandum of Law and exhibits thereto, Plaintiff, by showing good cause, is entitled to discovery in advance of the parties' Fed. R. Civ. P. 26(f) conference if the Court determines there are unresolved questions of fact, the resolution of which would impact its decision on Defendant's Renewed Motion to Dismiss and to Compel Arbitration ("MTCA"), *see* ECF Nos. 20 (Defendant's MTCA), 26 (Plaintiff's Opposition Brief), and 28 (Defendant's Reply Brief), and upon which Plaintiff would file a summary judgment motion seeking

a declaratory judgment on issues of arbitrability. Specifically, Plaintiff would seek discovery regarding the existence, formation, and enforceability of the purported agreement to arbitrate at issue in this case.

As set forth in the accompanying Fed. R. Civ. P. 37(a)(1) Certification of Counsel, the undersigned counsel for Plaintiff and counsel for Defendant conferred in good faith regarding the relief Plaintiff seeks in this motion, but were not able to reach an agreement to resolve this matter without Court action.

WHEREFORE, Plaintiff moves this Court to enter an Order providing the relief described herein.

Respectfully submitted this 10th day of May, 2021.

*/s/ Daniel Werner*
Daniel Werner
Georgia Bar No. 422070
dan@decaturlegal.com
James Radford
Georgia Bar No. 108007
james@decaturlegal.com
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300

*Attorneys for Plaintiff*

2

CERTIFICATE OF SERVICE AND FONT

This is to certify that on May 10, 2021, I prepared the foregoing Motion to Take Early Discovery on Issues of Arbitrability in Book Antiqua, 13-point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Daniel Werner
Daniel Werner
Attorney for Plaintiff