IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Isaac Payne, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | 1:20-cv-05000-JPB-CMS |
| | ) | |
| The Savannah College of Art and Design, Inc. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ISAAC PAYNE

1.      I am Isaac Payne.  I am over 21 years of age.  I give this Declaration based on my own personal knowledge of the matters described.

2.      I have reviewed Defendant SCAD's Reply Brief in Support of its Renewed Motion to Dismiss and to Compel Arbitration ("MTCA Reply").  I also have reviewed the declarations and attachments Defendant filed along with their MTCA Reply.

3.      In the MTCA Reply, and in the accompanying Declaration of Phil Alletto, Defendant indicates I had acknowledged receipt of a Student Alternative Resolution Policy and Agreement ("Student ADRPA").

4.      I never saw nor received a Student ADRPA.

5.    I have no memory of clicking or signing any acknowledgement indicating I had received a Student ADRPA.

6.    I do not recognize the documents attached to Dr. Alletto's declaration he claims show I acknowledged receipt of the Student ADRPA.

7.    Dr. Alletto's declaration also says Noah Pescitelli "forfeited his athletic scholarship in Spring 2019 when he walked away from the Fishing Teams."  This is false.  Mr. Pescitelli continued to receive his athletic scholarship for an academic quarter after he left the fishing team.

I declare under penalties of perjury, pursuant to 28 U.S.C. § 1764, that the foregoing is true and correct.

_____
Isaac Payne (May 9, 2021 21:56 EDT)

Isaac Payne

May 9, 2021
_____
Date