IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Isaac Payne, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | 1:20-cv-05000-JPB-CMS |
| | ) | |
| The Savannah College of Art and Design, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

### Fed. R. Civ. P. 37(a)(1) Certification of Counsel

Daniel Werner, counsel for Plaintiff Isaac Payne ("Plaintiff"), certifies as follows:

1. On April 27, 2021, I reached out via email to Joseph English, Esquire, counsel for Defendant, informing him of Plaintiff's intent to file a motion to take early discovery on issues related to arbitrability ("discovery motion").

2. On April 30, 2021, Mr. English and I spoke over the telephone and conferred in good faith regarding the relief Plaintiff would seek in the discovery motion.

3. Mr. English and I were not able to reach an agreement to resolve the matter without Court action.

2

Respectfully submitted this 10th day of May, 2021.

*/s/ Daniel Werner*
Daniel Werner
Georgia Bar No. 422070
dan@decaturlegal.com
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE AND FONT

This is to certify that on May 10, 2021, I prepared the foregoing Fed. R. Civ. P. 37(a)(1) Certification of Counsel in Book Antiqua, 13-point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Daniel Werner
Daniel Werner
Attorney for Plaintiff

3