UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC PAYNE,<br><br>                Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-5000-JPB |

## **J U D G M E N T**

This action having come before the Court, Honorable J. P. Boulee, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and the Court having adopted said recommendation as the order of the Court and granted Defendant's Motion to Dismiss and to Compel Arbitration, it is

**ORDERED AND ADJUDGED** that Plaintiff submit this dispute to arbitration, and the action be, and the same hereby is, **DISMISSED.**

Dated at Atlanta, Georgia this 31st day of March, 2022.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                   By: *s/ Charlotte Diggs*
                                                          Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   March 31, 2022
Kevin P. Weimer
Clerk of Court

By: *s/ Charlotte Diggs*
      Deputy Clerk